UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RUDY SIFUENTES

    v.      CA 13-719 ML

A.T. WALL, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's timely objections to a Report and Recommendation issued by Magistrate Judge Almond on March 31, 2014 (Docket #6). The Court has reviewed Petitioner's objections and the Report and Recommendation. Finding no merit in any of Petitioner's objections, the Court adopts the Report and Recommendation in its entirety.

The Motion to Dismiss is GRANTED and the Petition is hereby DISMISSED WITH PREJUDICE.

## ORDER ON CERTIFICATE OF APPEALABILITY

Pursuant to Rule 11(a) of the Rules Governing § 2254 Proceedings in the United States District courts (§ 2254 Rules), this Court hereby finds that this case is not appropriate for the issuance of a certificate of appealability because the Petitioner has failed to make a substantial showing of the denial of a Constitutional right as to any claim, as required by 28 U.S.C. § 2253(c)(2).

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
May 7, 2014